IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEN BROCK, and LISA BROCK, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:07CV81 |
| | ) | |
| v. | ) | |
| | ) | |
| FATHER FLANAGAN'S BOYS HOME, | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

The matter before the court is the plaintiff's unopposed motion to dismiss with prejudice.  Filing Nos. 5.  The court finds that this matter should be dismissed with prejudice.

IT IS,  THEREFORE, ORDERED, ADJUDGED AND DECREED  that, pursuant to FED. R. CIV. P. 41(a), the plaintiffs' cause of action against the defendant is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 12th day of June, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge